STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. CHARLES REDMON, DEFENDANT-PETITIONER.

*Mr. Richard Newman* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

November 12, 1968. Denied.

LESTER W. NOLL, *ET AL.*, PLAINTIFFS-RESPONDENTS,
v. CLARENCE R. PERRY, DEFENDANT-RESPONDENT,
AND CHARLES A, THOMAS, *ET AL.*, DEFENDANTS-
PETITIONERS.

*Mr. Meyer Sakin* for the petitioners.

*Mr. Nicholas A. Lacovara, Messrs Kisselman, Devine, Deighan & Montano,* and *Mr. F. Herbert Owens, III* for the respondents.

November 12, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. GEORGE R. JACQUES, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. Michael Blacker* for the petitioner.

*Mr. Edward J. Dolan* and *Mr. William D. Danberry* for the respondent.

November 18, 1968. Denied.